IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHEL SCHLUP and<br>MICHEL SCHLUP, TRUSTEE OF<br>MICHEL L. SCHLUP REVOCABLE TRUST<br>DATED JUNE 2, 2010,<br><br>    Plaintiff,<br><br>v.<br><br>DEPOSITORS INSURANCE COMPANY, and<br>AMCO INSURANCE COMPANY,<br><br>    Defendants.<br>_____<br><br>DEPOSITORS INSURANCE COMPANY, and<br>AMCO INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br>v.<br><br>MICHAEL SCHLUP and<br>SOUTHRIDGE RETAIL CENTER, INC.,<br><br>    Third-Party Defendants.<br>_____ | Case No. 2:19-cv-02095-HLT-GEB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Michel Schlup, Individually, and Michel Schlup as Trustee of the Michel L. Schlup Revocable Trust Dated June 2, 2010, Defendants and Third-Party Plaintiffs Depositors Insurance Company and Amco Insurance Company, and Third-Party Defendants Michael Schlup and Southridge Retail Center, Inc., (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties have reached an agreement to settle their respective claims and defenses in the above civil action. Accordingly, the Parties file this Joint Stipulation of Dismissal with Prejudice, with costs to be borne by the party incurring the same.

1

WHEREFORE, the Parties respectfully request that the Court dismiss all claims and defenses asserted in this civil action with prejudice, with costs to be borne by the party incurring the same.

Respectfully submitted,

| **FAGAN & EMERT, L.L.C.** | **TRESSLER LLP** |
|---|---|
| /s/ Mark T. Emert | /s/ Kathleen M. Hart |
| Brennan P. Fagan               #20430 | Danita L. Davis, admitted *pro hac vice* |
| Mark T. Emert                    #22186 | Illinois ARDC No. 6281720 |
| 730 New Hampshire, Suite 210 | Kathleen M. Hart, admitted *pro hac vice* |
| Lawrence, Kansas 66044 | Illinois ARDC No. 6317936 |
| (785) 331-0300 – Telephone | 233 South Wacker Drive, 61st Floor |
| (785) 331-0303 – Facsimile | Chicago, IL 60606 |
| memert@faganemert.com | Telephone: 312-627-4000 |
| bfagan@faganemert.com | Facsimile: 312-627-1717 |
| Attorneys for Plaintiffs and | ddavissudac@tresslerllp.com |
| Third-Party Defendants | khart@tresslerllp.com |

**BAKER STERCHI COWDEN & RICE**
Thomas E. Rice               #13902
John L. Kellogg                #18613
2400 Pershing Road, Suite 500
Kansas City, MO 64108
P: 816.471.2121
F: 816.472.0288
rice@bscr-law.com
kellogg@bscr-law.com
Attorneys for Defendants and
Third-Party Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all counsel of record via electronic mail through the CM/ECF on the 20th day of January 2022.

/s/ Mark T. Emert
Mark T. Emert               #22186